ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN J. BLAISDELL,<br>Defendant. | 3:26-PO-00114-ICD<br><br>ORDER TO DISMISS AND VACATE BENCH TRIAL<br><br>DATE: October 5, 2026<br>TIME: 10:00 a.m.<br>JUDGE: Honorable Ila C. Deiss |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notices without prejudice in Case Number 3:26-PO-00114-ICD is GRANTED.

It is further ordered that the bench trial scheduled on October 5, 2026, is vacated.

IT IS SO ORDERED.

Dated: September 21, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE